F10# 9335135

AO 442 (Rev. 11/11) Arrest Warrant

AUSA  Cynthia Oberg 313-226-9701
USPI  Carla Menendez (313) 226-8285

I hereby certify that the foregoing is
a true copy of the original on file in this
office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY: _____ Deputy

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.

D-3 Robert Gardner

*Defendant*

)  Case:2:13-mj-30510
)  Judge: Unassigned,
)  Filed: 08-22-2013 At 10:11 AM
)  USA v. CURTIS DEL JR-ROBINSON et al
)  .(CMP)(MLW)
)

FILED
SEP 17 2013
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robert Gardner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In or about October 2011 - January 2013, Robert Gardner knowingly and with intent to defraud, produced, used, or trafficked in one of more counterfeit access devices.

Date: August 22, 2013

R. STEVEN WHALEN
*Issuing officer's signature*

City and state:   Detroit, Michigan         Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  8/23/13 , and the person was arrested on *(date)*  9/11/13
at *(city and state)*  Warren, MI

Date:  9/11/13

*Arresting officer's signature*

Carla J. Menendez, Postal Inspector
*Printed name and title*