UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No:  13-30510

D-3 ROBERT GARDNER,

        Defendant.
_____/

## APPEARANCE OF COUNSEL

NOW COMES, Attorney, Nicholas J. Vendittelli, and hereby enters his formal appearance as lead counsel on behalf of ROBERT GARDNER, as CJA appointed counsel in the above captioned matter.

                                                                /s/ Nicholas J. Vendittelli
                                                                Nicholas J. Vendittelli P 30770
                                                                Attorney for Defendant
                                                               6053 Chase Road
                                                                Dearborn, Michigan 48126
                                                                313 565 2400
                                                                Email: njvendi@comcast.net

September 25, 2013