UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                                    Criminal No. 13-mj-30510

v.

D-1 CURTIS DEL JR-ROBINSON
D-2 TAMISHA KENNER
D-3 ROBERT GARDNER
D-4 MAURICE WEBB,

    Defendants.

## ORDER GRANTING LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

    This matter coming before the Court on the government's motion, with notice having been provided to the defense, for the reasons stated in the government's motion, the Court grants the government leave to dismiss the complaint against Defendants Curtis Del Jr-Robinson, Tamisha Kenner, Robert Gardner, and Maurice Webb. Accordingly, it is hereby ordered that the complaint against those defendants be dismissed without prejudice, and that defendants' appearance bond, if any, and the order setting conditions of pretrial release be canceled.

                                                    s/ Mona K. Majzoub
                                                    HON. MONA K. MAJZOUB
                                                    United States Magistrate Judge

Entered:   September 26, 2013